JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONIQUE PATTON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>S.B.S. LIEN SERVICES, et al<br><br>   Defendants. | CASE NO. CV 22-8132-DMG-PDx<br><br>ORDER RE DISMISSAL OF ACTION [34] |

 Pursuant to the parties' Stipulation of Dismissal, filed on January 9, 2024, IT IS HEREBY ORDERED THAT the above-captioned action is dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees. All pretrial and trial dates and deadlines are VACATED.

DATED: January 10, 2024

                _____
                DOLLY M. GEE
                United States District Judge